CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
CBlythe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Settlement Attorneys for Defendants
QUEEN FRESH FRUITS, LLC and QUEEN KHO BO, LLC

SUSAN E. BISHOP (CA SBN 187253)
susan.bishop@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388

Attorneys for Plaintiff
CHONG'S PRODUCE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUEEN FRESH FRUITS, LLC and QUEEN KHO BO, LLC, <br><br> Defendants. | Case No.   19-cv-01610-NC <br><br> **STIPULATION AND ORDER OF VOLUNTARY CONDITIONAL DISMISSAL PURSUANT TO CONFIDENTIAL SETTLEMENT AGREEMENT** <br><br> Judge:   Hon. Nathanael Cousins <br><br> Date Filed:   March 28, 2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Chong's Produce, Inc. ("Chong's Produce") and Defendants Queen Fresh Fruits, LLC, and Queen Kho Bo, LLC, (collectively the "Queen stores") (hereafter referred to collectively as the "Parties") jointly submit this Stipulation and Proposed Order of Voluntary Conditional Dismissal Pursuant to Confidential Settlement Agreement and request the Court to enter dismissal of this case without prejudice, but retain jurisdiction to enforce the Parties' confidential settlement agreement.

## **STIPULATION**

1. On March 28, 2019, Chong's Produce filed a lawsuit against the Queen stores in the United States District Court for the Northern District of California to enforce alleged rights under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. § 499e, and certain alleged rights under breach of contract claims under state law.

2. A pleading was not received from the Queen stores and Chong's Produce received an entry of default from the Clerk of Court. Chong's Produce then proceeded to request a default judgment against the Queen stores.

3. There were two hearings for the Request for Entry of Default Judgment. The Queen stores' manager and owner, Mr. Lam Thanh Le ("Le"), a non-party to this lawsuit, appeared at both hearings. But because the Queen stores are limited liability companies, Le, as the non-party manager and owner of the Queen stores, could not represent the Queen stores pro se.

4. Prior to ruling on the Request for Entry of Default, this Court appointed limited-scope Settlement Counsel for the Queen stores and ordered the Parties to participate in a Settlement Conference by December 31, 2019.

5. On December 6, 2019, Chong's Produce, the Queen stores, and their limited-scope settlement attorneys, attended a Settlement Conference presided over by Magistrate Judge Virginia DeMarchi of the United States District Court for the Northern District of California. Le, the non-party manager and owner of the Queen stores, was also present at the Settlement Conference.

6. The Parties thereafter memorialized the terms of their settlement agreement in a written Confidential Settlement Agreement and Mutual Release ("Confidential Settlement Agreement"). Plaintiff and non-party Le also entered into a separate confidential agreement related to the settlement between the Parties.

7. The Parties have agreed to the continuing jurisdiction of this Court purely for purposes of enforcing the terms of the Confidential Settlement Agreement. Le, in his capacity as a non-party to this action, also consents to this Court's jurisdiction solely for enforcement of the terms of a separate confidential agreement reached between Le and Plaintiff in relation to the settlement.

8. The Parties shall bear their respective attorney's fees and costs incurred to date.

9. The Parties hereby stipulate and request that the Court issue an Order of Conditional Dismissal providing that the case be dismissed, conditioned on the Parties' compliance with the terms of the Confidential Settlement Agreement.

Dated:    February 25, 2020    MORRISON & FOERSTER LLP

By:    */s/ Caitlin Sinclaire Blythe*
       CAITLIN SINCLAIRE BLYTHE

       Settlement Attorneys for Defendants
       QUEEN FRESH FRUITS, LLC and
       QUEEN KHO BO, LLC

Dated:    February 26, 2020    BERLINER COHEN, LLP

By:    */s/ Susan E. Bishop*
       SUSAN E. BISHOP

       Attorney for Plaintiffs
       CHONG'S PRODUCE, INC.

## ORDER OF CONDITIONAL DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT

This Court having reviewed the foregoing voluntary stipulation by and between Plaintiff Chong's Produce, Inc., and Defendants Queen Fresh Fruits, LLC, and Queen Kho Bo, LLC (collectively the "Parties"), the action is dismissed without prejudice, subject to the Parties' compliance with the Confidential Settlement Agreement and Mutual Release, with which the Parties are hereby directed to comply. This Court retains jurisdiction solely to enforce the terms of the confidential settlement agreements reached between the Parties and non-party Lam Thanh Le. *See Kokkonen v. Guardian Life Ins. Co of Am.*, 551 U.S. 375 (1994).

Should any Party seek enforcement of the confidential settlement agreements in this Action, they may request to submit copies of the relevant agreements under seal pursuant to the Civil Local Rules for the Northern District of California. Any request to seal must comply with N.D. Cal. Civil Local Rule 79-5. This order does not grant sealing in advance.

**IT IS SO ORDERED.**

Dated: February 27, 2020



GRANTED

Judge Nathanael M. Cousins